

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00333-CR

| | | |
|---|---|---|
| Kermit Antwoine Woods | § | From the 371st District Court |
| | § | of Tarrant County (1430792D) |
| v. | § | October 27, 2016 |
| | § | Opinion by Chief Justice Livingston |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Terrie Livingston
    Chief Justice Terrie Livingston